LOGUE, J.
Michael E. Tepedino, the Father, petitions for a writ of prohibition to prevent the trial court from hearing the Motion to Establish Time-Sharing filed by the Mother, Yamineth Baker. The Father contends that the motion improperly seeks to modify the parties’ existing time-sharing schedule without properly complying with the pleading requirements of Florida Rule of Civil Procedure 1.110(h) and Florida Family Law Rule of Procedure 12.110. Even if such a pleading defect were a procedural barrier to the Mother obtaining the relief she seeks, an issue we do not reach, it does not go to the trial court’s subject matter jurisdiction to review such motions. Where the trial court has subject matter jurisdiction, prohibition will not lie to prevent even an erroneous exercise of that jurisdiction which can be corrected on appeal, if necessary. See English v. McCrary, 348 So.2d 293, 298-99 (Fla. 1977).
Dismissed.
SCALES, J., concurs.